

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,181-01

### EX PARTE JOSEPH AGOSTINO BIANCALANA, IV, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. A18719-1 IN THE 216TH DISTRICT COURT
### FROM KERR COUNTY

*Per curiam*. KELLER, P.J., filed a concurring opinion in which HERVEY and SLAUGHTER, JJ., joined. YEARY, J., concurred.

## O P I N I O N

Applicant pleaded guilty to aggravated kidnapping in this case. At the same time, he pleaded guilty to charges of tampering with evidence also from Kerr County, and aggravated kidnapping, possession of a controlled substance and aggravated robbery from Gillespie County. Applicant was sentenced to twenty-eight years' imprisonment for each of the aggravated kidnapping charges and the aggravated robbery charge, ten years' imprisonment for the tampering with evidence charge, and two years' state jail for the possession of a controlled substance charge, all to run concurrently. He did not appeal his convictions. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC.

art. 11.07.

Applicant contends, among other things, that his convictions for aggravated kidnapping from both Gillespie and Kerr Counties based on the same acts violate the prohibition on double jeopardy.

Based on the record, the trial court has determined that Applicant's two convictions for aggravated kidnapping involving the same acts violate the prohibition on double jeopardy. The trial court has determined that Applicant's other grounds for review are without merit. We agree.

Relief is granted. *Ervin v. State*, 991 S.W.2d 804, 817 (Tex. Crim. App. 1999). The judgment of the 216th Judicial District Court of Kerr County in Cause No. A18719 is set aside. All other relief is denied. Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:    March 17, 2021
Do not publish